| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of Texas |
| Case number (if known): _____ Chapter 15 |

☐ Check if this is an amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

---

**1.  Debtor's name**    Hotwell Handelsgesellschaft m.b.H (Austria)

---

**2.  Debtor's unique identifier**

**For non-individual debtors:**

☐  Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑  Other FN 126854a          . Describe identifier  Austrian Corporate ID         .

**For individual debtors:**

☐  Social Security number:  xxx – xx– ___ ___ ___ ___

☐  Individual Taxpayer Identification number (ITIN):  9 xx – xx – ___ ___ ___ ___

☐  Other _____ . Describe identifier _____ .

---

**3.  Name of foreign representative(s)**    Dr. Klaus Dornhofer

---

**4.  Foreign proceeding in which appointment of the foreign representative(s) occurred**    Landesgericht Eisenstadt, No. 26 S 49 / 15f

---

**5.  Nature of the foreign proceeding**

*Check one:*

☑  Foreign main proceeding
☐  Foreign nonmain proceeding
☐  Foreign main proceeding, or in the alternative foreign nonmain proceeding

---

**6.  Evidence of the foreign proceeding**

☑  A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☑  A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐  Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
_____
_____

---

**7.  Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐  No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑  Yes

---

Debtor    Hotwell Handelsgesellschaft m.b.H (Austria)                                      Case number *(if known)*_____
     Name

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|

          (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

          (ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

          (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9.  Addresses**

**Country where the debtor has the center of its main interests:**

Austria

**Debtor's registered office:**

Odenburgerstrasse 6
Number    Street

P.O. Box

A-7013 Klingenbach
City    State/Province/Region    ZIP/Postal Code

Austria
Country

**Individual debtor's habitual residence:**

Number    Street

P.O. Box

City    State/Province/Region    ZIP/Postal Code

Country

**Address of foreign representative(s):**

Colmar Platz 1
Number    Street

P.O. Box

A-7000 Eisenstadt
City    State/Province/Region    ZIP/Postal Code

Austria
Country

---

**10. Debtor's website (URL)**

---

**11. Type of debtor**

*Check one:*

❑  Non-individual (*check one*):

    ☑  Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ❑  Partnership

    ❑  Other. Specify: _____

❑  Individual

---

| Debtor | Hotwell Handelsgesellschaft m.b.H (Austria) | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this* district?**

*Check one:*

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
**Cause No. 2016-74242, 190th District Court, Harris County**

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

DR. KLAUS DÖRNHÖFER
RECHTSANWALT
✗ _____ ALS INSOLVENZVERWALTER     Dr. Klaus Dörnhöfer
Signature of foreign representative AT-7000 EISENSTADT | COLMARPLATZ 1     Printed name

Executed on 01/11/2017
        MM / DD / YYYY

DR. KLAUS DÖRNHÖFER
RECHTSANWALT
✗ _____ ALS INSOLVENZVERWALTER     Dr. Klaus Dörnhöfer
Signature of foreign representative AT-7000 EISENSTADT | COLMARPLATZ 1     Printed name

Executed on 01/11/2017
        MM / DD / YYYY

**14. Signature of attorney**

✗ _____     Date   01/13/2017
Signature of Attorney for foreign representative          MM / DD / YYYY

Joseph Sibley
Printed name

Camara & Sibley LLP
Firm name

4400 Post Oak Pkwy
Number        Street

Houston                                    Texas        77027
City                                       State        ZIP Code

(713) 966-6789                             sibley@camarasibley.com
Contact phone                              Email address

24047203                                   TX
Bar number                                 State

In Re Hotwell Handelsgesellschaft m.b.H (Austria)

## SUPPLEMENT TO SECTION 6
### *(EVIDENCE OF FOREIGN PROCEEDING)*

| Exhibit No. | Document Description |
|---|---|
| 6-A | Confirmation of Austrian Judicial Proceedings of Hotwell Handelsgesellschaft m.b.H dated January 11, 2017. |
| 6-B | Confirmation of Klaus Dornhofer as liquidating trustee of Hotwell Handelsgesellschaft m.b.H dated July 13, 2015. |

# EXHIBIT

# 6-A



**Landesgericht Eisenstadt**

**7000 Eisenstadt, Wiener Str. 9**
**02682 701 203**
**02682 701 445**

<u>**Bitte nachstehende Geschäftszahl**</u>
<u>**in allen Eingaben anführen:**</u>

Case No. 26 S 49/15f

To

District Court of Harris County, Texas

190th Judicial District

Harris County Civil Courthouse

201 Caroline Street, 12th Floor

Houston, Texas 77002

# J U D I C I A L   C O N F I R M A T I O N

Hereby is confirmed that insolvency proceedings are still pending concerning Hotwell Handelsgesellschaft m.b.H., FN 126854a, Ödenburgerstraße 6, 7013 Klingenbach, Austria, at the competent Regional Court Eisenstadt (*Landesgericht Eisenstadt*), Wiener Straße 9, 7000 Eisenstadt, Austria, under the Case No. 26 S 49/15f.

The insolvency proceedings were opened and Dr. Klaus Dörnhöfer, Lawyer, Colmarplatz 1, 7000 Eisenstadt, Austria, was appointed as bankruptcy trustee (*Masseverwalter*) with decision (*Bestellungsurkunde*) dated July 13th, 2015.

Landesgericht Eisenstadt

7000 Eisenstadt, Wienerstraße 9

Abt. 26, am 11.01.2017



- 2 -

**Mag. Andrea Scheidl**

**Richterin**

Elektronische Ausfertigung
gemäß § 79 GOG

# EXHIBIT

# 6-B



**Landesgericht Eisenstadt**

**7000 Eisenstadt, Wiener Str. 9**
**02682 701 145**
**02682 701 445**

<u>Bitte nachstehende Geschäftszahl</u>
<u>in allen Eingaben anführen:</u>

26 S 49/15f-4

### Bestellungsurkunde

In der Konkurssache

Schuldnerin: Hotwell Handelsgesellschaft m.b.H. in 7013 Klingenbach,
Ödenburgerstraße 6, FN 126854 a

wird

Dr. Klaus Dörnhöfer, RA, 7000 Eisenstadt, Colmarplatz 1,

zum Masseverwalter bestellt.

### W i c h t i g e r   H i n w e i s :

Der Insolvenzverwalter ist allen Beteiligten für Vermögensnachteile, die er durch pflichtwidrige Führung seines Amtes verursacht, verantwortlich ( § 81 IO).

Kommt der Insolvenzverwalter seinen Obliegenheiten nicht gehörig nach, so kann ihn das Insolvenzgericht zur pünktlichen Erfüllung seiner Pflichten durch Geldstrafen anhalten und in dringenden Fällen auf seine Kosten und Gefahr zur Besorgung einzelner Geschäfte einen besonderen Verwalter bestellen.

Das Insolvenzgericht kann den Insolvenzverwalter aus wichtigen Gründen entheben. Der Insolvenzverwalter ist, wenn tunlich vorher einzuvernehmen ( § 84 Abs 3 und 4 IO).

Landesgericht Eisenstadt
7000 Eisenstadt, Wienerstraße 9
Abt 26, am 13.07.2015

**Mag. Andrea Scheidl**
**Richterin**
Elektronische Ausfertigung
gemäß § 79 GOG

*Translation from German*

**Eisenstadt Regional Court**

**7000 Eisenstadt, Wiener Str. 9**
**02682 701 145**
**02682 701 445**

**Please mention the following reference number in all petitions:**

26 S 49/15f-4

### Certificate of appointment

In the bankruptcy case

Debtor: Hotwell Handelsgesellschaft m.b.H. in 7013 Klingenbach,
         Ödenburgerstraße 6, FN 126854 a

Dr. Klaus Dörnhöfer, RA, 7000 Eisenstadt, Colmarplatz 1,

is appointed as liquidator.

I m p o r t a n t   n o t e :

The insolvency administrator answers to all parties involved for any property losses that he causes by the violation of his obligations in the exercise of his office (§ 81 IO – Insolvency Code).

If the insolvency administrator fails to properly comply with his duties, the bankruptcy court can urge him to punctually fulfill his duties by applying fines and in urgent cases it can appoint – on the administrator's costs and risks – a special administrator for conducting certain operations.

The bankruptcy court can divest the insolvency administrator for important reasons. If feasible, the insolvency administrator shall be heard beforehand (§ 84 para. 3 and 4 IO).

Eisenstadt Regional Court
7000 Eisenstadt, Wienerstraße 9
Sec. 26, on July 13th 2015

*Signature: illegible*

*Stamp no. 15: Eisenstadt Regional Court*

**Mag. Andrea Scheidl**
**Judge**
Electronic copy
as per § 79 GOG (Court
Organization Act)

In Re Hotwell Handelsgesellschaft m.b.H (Austria)

## SUPPLEMENT TO SECTION 8
### *(PARTIES ENTITLED TO NOTICE)*

| Relationship to Debtor | Party Name And Contact Information |
|---|---|
| Trustee | Dr. Klaus Dornhofer<br>Colmarplatz 1<br>7000 Eisenstadt<br>Austria |
| Austrian Regional Insolvency Court | Landesgericht Eisenstadt<br>Reference Case No. 26 S 49 / 15f<br>Wiener Straße 9<br>7000 Eisenstadt<br>Austria |
| Harris County District Court Where Adverse Action Pending | Honorable Patricia Kerrigan<br>Reference Case No. 2016-74242<br>190th Judicial District Court<br>201 Caroline, 12th Floor<br>Houston, Texas 77002 |
| Party to Adverse Action in Harris County District Court | Hotwell US, LLC<br>15905 Waverly Drive<br>Houston, TX 77032 |
| Party to Adverse Action in Harris County District Court | WSI Cased Hole Specialist, Inc.<br>4668 FM 1607<br>Snyder TX 79549 |

In Re Hotwell Handelsgesellschaft m.b.H (Austria)


## SUPPLEMENT TO SECTION 11
### *(RULE 7007.1 DISCLOSURE)*


The debtor's shares are not owned by any corporation, however, see company register detailing shareholders attached as Exhibit 11-A.

# EXHIBIT

# 11-A



**JUSTIZ**   REPUBLIK ÖSTERREICH
FIRMENBUCH

**FB**

---

| Stichtag 4.11.2015 | Auszug mit aktuellen Daten | FN 126854 a |
|---|---|---|

Grundlage dieses Auszuges ist das Hauptbuch ergänzt um Daten aus der Urkunden-
sammlung.
Letzte Eintragung am 21.10.2015 mit der Eintragungsnummer  27
zuständiges Gericht Landesgericht Eisenstadt

```
1    früher Landesgericht Eisenstadt HRB 1063
     Ersteintragung am 11.09.1990


     FIRMA
1       Hotwell Handelsgesellschaft m.b.H.

     RECHTSFORM
1       Gesellschaft mit beschränkter Haftung

     SITZ in
1       politischer Gemeinde Klingenbach

     GESCHÄFTSANSCHRIFT
1       Ödenburgerstraße 6
        7013 Klingenbach

     KAPITAL
7       EUR 36.336,43


     STICHTAG für JAHRESABSCHLUSS
1       31. Dezember

     JAHRESABSCHLUSS (zuletzt eingetragen; weitere siehe Historie)
22      zum 31.12.2009 eingereicht am 28.02.2011

     VERTRETUNGSBEFUGNIS
1       Die Generalversammlung bestimmt, wenn mehrere Geschäfts-
        führer bestellt sind, deren Vertretungsbefugnis.


1    Gesellschaftsvertrag  vom 30.08.1990                           001

1    Generalversammlungsbeschluss  vom 11.12.1991                   002
        Änderung des Gesellschaftsvertrages im § 12.

7    Gesellschaftsvertrag mit Generalversammlungsbeschluss          003
        vom 19.05.2001
        gemäß 1. Euro-JuBeG angepasst.

7    Generalversammlungsbeschluss  vom 19.05.2001                   004
        Änderung des Gesellschaftsvertrages in den §§ 4 und 9

14   Verschmelzungsvertrag  vom 15.09.2004                          005

14   Generalversammlungsbeschluss  vom 15.09.2004                   006
        Diese Gesellschaft wurde als
        übernehmende Gesellschaft mit der
        HOTWELL services ACC Handels GmbH
```

```
              (FN 51758 s)
              als übertragender Gesellschaft verschmolzen.
              Sitz der übertragenden Gesellschaft in Klingenbach.

  26    Beschluss des Gerichtes  vom 13.07.2015 26 S 49/15f          007
              Landesgericht Eisenstadt
              KONKURS eröffnet

  26    Die Gesellschaft ist infolge Eröffnung des                   008
              Konkursverfahrens aufgelöst.


        GESCHÄFTSFÜHRER/IN (handelsrechtlich)
           B   Dipl-Ing Vanja Zajsek, geb. 07.11.1947
   1           vertritt seit 11.09.1990 selbständig

        MASSEVERWALTER/IN
           J   Dr. Klaus Dörnhöfer
  26           seit 14.07.2015

      · GESELLSCHAFTER/IN            STAMMEINLAGE        HIERAUF GELEISTET
           B   Dipl-Ing Vanja Zajsek, geb. 07.11.1947
  18           .......................  EUR 4.451,21
  18           .............................................  EUR 4.451,21
           C   Dipl-Ing Mijo Novak, geb. 12.10.1954
  18           .......................  EUR 4.451,22
  18           .............................................  EUR 4.451,22
           F   Dipl.-Ing. Kresimir Knapp, geb. 24.05.1959
  18           .......................  EUR 4.451,22
  18           .............................................  EUR 4.451,22
           G   Dipl.Ing. Zoran Markovic, geb. 05.09.1966
  18           .......................  EUR 4.451,21
  18           .............................................  EUR 4.451,21
           K   Abdulaziz Mubarak Al Delaimi, geb. 01.01.1957
  27           .......................  EUR 18.531,57
  27           .............................................  EUR 18.531,57
               ----------------------------------------------------
              Summen:          EUR 36.336,43          EUR 36.336,43


--- PERSONEN -----------------------------------------------------------

   8    B   Dipl-Ing Vanja Zajsek, geb. 07.11.1947
  24        Ödenburgerstraße 6
            7013 Klingenbach
   1    C   Dipl-Ing Mijo Novak, geb. 12.10.1954
   8        Ödenburgerstraße 55/5/6
            7013 Klingenbach
   6    F   Dipl.-Ing. Kresimir Knapp, geb. 24.05.1959
  24        Ödenburgerstraße 6
            7013 Klingenbach
  12    G   Dipl.Ing. Zoran Markovic, geb. 05.09.1966
  24        Ödenburgerstraße 6
            7013 Klingenbach
  26    J   Dr. Klaus Dörnhöfer
  26        Colmarplatz 1
            7000 Eisenstadt
  27    K   Abdulaziz Mubarak Al Delaimi, geb. 01.01.1957
  27        P.O. Box 586
            QAT- Doha


-------------------- VOLLZUGSÜBERSICHT ----------------------------------

Landesgericht Eisenstadt
```

```
 1 Ersterfassung abgeschlossen am 18.11.1994  Geschäftsfall 916 Fr 1397/94 d
     Ersterfassung gem. Art. XXIII Abs. 4 FBG
 6 eingetragen am 10.05.2001              Geschäftsfall  19 Fr  1464/01 k
     Antrag auf Änderung  eingelangt am 07.05.2001
 7 eingetragen am 06.07.2001              Geschäftsfall  19 Fr  2041/01 i
     Antrag auf Änderung  eingelangt am 18.06.2001
 8 eingetragen am 31.07.2001              Geschäftsfall  19 Fr  2560/01 y
     Antrag auf Änderung  eingelangt am 26.07.2001
12 eingetragen am 03.09.2004              Geschäftsfall  19 Fr  3256/04 y
     Antrag auf Änderung  eingelangt am 01.09.2004
14 eingetragen am 17.09.2004              Geschäftsfall  19 Fr  3441/04 w
     Antrag auf Änderung  eingelangt am 15.09.2004
18 eingetragen am 22.05.2007              Geschäftsfall  19 Fr  1553/07 w
     Antrag auf Änderung  eingelangt am 10.05.2007
22 eingetragen am 16.04.2011              Geschäftsfall  44 Fr   521/11 x
     Elektronische Einreichung Jahresabschluss  eingelangt am 28.02.2011
24 eingetragen am 02.07.2014              Geschäftsfall  44 Fr   970/14 h
     Antrag auf Änderung  eingelangt am 10.06.2014
26 eingetragen am 22.07.2015              Geschäftsfall  44 Fr  1143/15 x
     Mitteilung des Insolvenzgerichtes  eingelangt am 13.07.2015
27 eingetragen am 21.10.2015              Geschäftsfall  44 Fr  2352/15 z
     Antrag auf Änderung  eingelangt am 08.10.2015



-------------- INFORMATION DER ÖSTERREICHISCHEN NATIONALBANK ----------------

 zum 04.11.2015 gültige Identnummer: 1485865


erstellt über Verrechnungsstelle ÖGIZIN ******************************** HA021
Gerichtsgebühr: EUR 3.36 ****** 04.11.2015 08:52:41,185 65438607 ** ZEILEN: 90
```

**Firmenbuch**                                    **Abgefragt am 4.11.2015, um 08:52:41 MEZ**



öffentlicher Notar
als Gerichtskommissär



*Translation from German*

Register of Companies >> Transcript                                                    page 1 of 3

MINISTRY OF JUSTICE  **REPUBLIC OF AUSTRIA**                                      **FB**
                          REGISTER OF COMPANIES

---

**Reference date Nov. 4th 2015**          **Transcript with current data**          **FN 126854 a**

---

This transcript is based on the general ledger completed by the data in the collection of documents.
The last entry was made on October 21st 2015 under number  27
competent court of justice Eisenstadt Regional Court

| | |
|---|---|
| 1 | previously Eisenstadt Regional Court HRB 1063<br>First entry on September 11th 1990 |
| | COMPANY NAME |
| 1 | Hotwell Handelsgesellschaft m.b.H. |
| | LEGAL FORM |
| 1 | limited liability company |
| | OFFICE in |
| 1 | Political community Klingenbach |
| | BUSINESS ADDRESS |
| 1 | Ödenburgerstraße 6<br>7013 Klingenbach |
| | SHARE CAPITAL |
| 7 | Eur 36,336.43 |
| | REPORTING DATE FOR THE ANNUAL FINANCIAL STATEMENTS |
| 1 | December 31st |
| | ANNUAL FINANCIAL STATEMENT (last recorded statement; for further information see History) |
| 22 | on December 31st 2009, submitted on February 28th 2011 |
| | POWER OF REPRESENTATION |
| 1 | If more than one managing directors have been appointed,<br>the General Meeting determines their power of representation. |

| | | |
|---|---|---|
| 1 | Memorandum of association of August 30th 1990 | 001 |
| 1 | Decision of the General Meeting of December 11th 1991<br>Amendment of the memorandum of association at § 12. | 002 |
| 7 | The memorandum of association was adapted<br>based on the Decision of the General Meeting of May 19th 2001<br>according to 1st Euro-JuBeG (Austrian law on the redenomination of share capital into EUR). | 003 |
| 7 | The decision of the General Meeting of May 19th 2001<br>Amendment of the memorandum of association at §§ 4 and 9. | 004 |
| 14 | Merger agreement of September 15th 2004 | 005 |
| 14 | Decision of the General Meeting of September 15th 2004<br>This company as acquiring<br>entity merged with<br>HOTWELL services ACC Handels GmbH | 006 |

Company Register >> Transcript                                                                 page 2 of 3

(FN 51758 s)
as transferring entity.
The registered office of the transferring entity is in Klingenbach.

26      Court's decision of July 13th 2015        26 S 49/15f                                    007
        Eisenstadt Regional Court
        BANKRUPTCY PROCEEDINGS opened

26      The company is dissolved following the opening                                           008
        of the bankruptcy proceedings.

        MANAGING DIRECTOR (according to commercial law)
        B       Graduate Engineer Vanja Zajsek, born on November 07th 1947
1               has been representing the company since September 11th 1990 independently

        LIQUIDATOR
        J       PhD Klaus Dörnhöfer
26              since July 14th 2015

        SHAREHOLDER                     INITIAL CONTRIBUTION              OF WHICH PAID IN
        B       Graduate Engineer Vanja Zajsek, born on November 07th 1947
18      …………………………………… EUR 4,451.21
18      …………………………………………………………… EUR 4,451.21
        C       Graduate Engineer Mijo Novak, born on October 12th 1954
18      …………………………………… EUR 4,451.22
18      ………………………………………………………….. EUR 4,451.22
        F       Graduate Engineer Kresimir Knapp, born on May 24th 1959
18      …………………………………… EUR 4,451.22
18      ………………………………………………………….. EUR 4,451.22
        G       Graduate Engineer Zoran Markovic, born on September 05th 1966
18      …………………………………… EUR 4,451.21
18      ………………………………………………………….. EUR 4,451.21
        K       Abdulaziz Mubarak Al Delaimi, born on January 01st 1957
27      …………………………………… EUR 18,531.57
27      ………………………………………………………….. EUR 18,531.57

                            Total:        EUR 36,336.43                   EUR 36,336.43

---------- PERSONS --------------------------------------------------------------------------------------

8       B       Graduate Engineer Vanja Zajsek, born on November 07th 1947
24              Ödenburgerstraße 6
                7013 Klingenbach
1       C       Graduate Engineer Mijo Novak, born on October 12th 1954
8               Ödenburgerstraße 55/5/6
                7013 Klingenbach
6       F       Graduate Engineer Kresimir Knapp, born on May 24th 1959
24              Ödenburgerstraße 6
                7013 Klingenbach
12      G       Graduate Engineer Zoran Markovic, born on September 05th 1966
24              Ödenburgerstraße 6
                7013 Klingenbach
26      J       PhD Klaus Dörnhöfer
26              Colmarplatz 1
                7000 Eisenstadt
27      K       Abdulaziz Mubarak Al Delaimi, born on January 01st 1957
27              P.O. Box 586
                QAT- Doha

------------------------- SUMMARY OF ENTRIES --------------------------------------------------------

Eisenstadt Regional Court

Company Register >> Transcript                                                        page 3 of 3

| 1 | Initial entry made on November 18th 1994 | Business case 916 Fr | 1397/94 d |
| | Initial entry as per art. XXIII para. 4 of the Law on the Register of Companies (FBG) | | |
| 6 | recorded on May 10th 2001 | Business case 19 Fr | 1464/01 k |
| | Application for amendment submitted on May 07th 2001 | | |
| 7 | recorded on July 06th 2001 | Business case 19 Fr | 2041/01 i |
| | Application for amendment submitted on June 18th 2001 | | |
| 8 | recorded on July 31st 2001 | Business case 19 Fr | 2560/01 y |
| | Application for amendment submitted on July 26th 2001 | | |
| 12 | recorded on September 03rd 2004 | Business case 19 Fr | 3256/04 y |
| | Application for amendment submitted on September 01st 2004 | | |
| 14 | recorded on September 17th 2004 | Business case 19 Fr | 3441/04 w |
| | Application for amendment submitted on September 15th 2004 | | |
| 18 | recorded on May 22nd 2007 | Business case 19 Fr | 1553/07 w |
| | Application for amendment submitted on May 10th 2007 | | |
| 22 | recorded on April 16th 2011 | Business case 44 Fr | 521/11 x |
| | Electronic filing of the annual financial statements on February 28th 2011 | | |
| 24 | recorded on July 2nd 2014 | Business case 44 Fr | 970/14 h |
| | Application for amendment submitted on June 10th 2014 | | |
| 26 | recorded on July 22nd 2015 | Business case 44 Fr | 1143/15 x |
| | Notification by the bankruptcy court submitted on July 13th 2015 | | |
| 27 | recorded on October 21st 2015 | Business case 44 Fr | 2352/15 z |
| | Application for amendment submitted on October 08th 2015 | | |

------------------------ INFORMATION FROM THE NATIONAL BANK OF AUSTRIA -----------------------------------

Identification number valid on November 04th 2015: 1485865

Generated through clearing office ÖGIZIN ******************************************** HA021
Court fee: EUR 3.36 ****** November 04th 2015          08:52:41,185          65438607   ** LINES: 90

**Register of companies**                                    **Query as of November 4th 2015, at 08:52:41 MEZ**

*Stamp: PhD Karl DEIGER, notary public, Eisenstadt, BGLD.*
*Signature: illegible*
Notary public
as court commissar

*Notary's seal: PhD Karl DEIGER, notary public, Eisenstadt, BGLD.*